IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC., and CARDERM CAPITAL, L.P.<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 02-1322 (JAG)<br><br>And Coordinated Actions:<br><br>No. 02-1322 (JAG)<br>No. 03-1179 (JAG)<br>No. 03-1180 (JAG)<br>No. 03-5108 (JAG)<br>No. 03-5829 (JAG)<br>No. 04-222 (JAG)<br>No. 04-1075 (JAG)<br>No. 04-1076 (JAG)<br>No. 04-1077 (JAG)<br>No. 04-1078 (JAG)<br>No. 04-2305 (JAG)<br>No. 04-3194 (JAG)<br>No. 04-3944 (JAG)<br>No. 05-4255 (JAG)<br>No. 06-1277 (JAG)<br>No. 06-5463 (JAG)<br>No. 07-2454 (JAG)<br>No. 07-5054 (JAG)<br>No. 07-5180 (JAG)<br>No. 08-254 (JAG)<br>No. 09-325 (JAG)<br>No. 09-4638 (JAG)<br>No. 09-4639 (JAG)<br>No. 09-5179 (JAG) |

## STIPULATION AND ORDER

This matter having come before the Court during the January 12, 2010, Initial Scheduling Conference in *Albany Molecular Research, Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*, Civil Action No. 09-4638, and *Albany Molecular Research, Inc. v. Sandoz Inc. and Dr. Reddy's Laboratories, Ltd.*, Civil Action No. 09-4639, and the January 13, 2010, Initial Scheduling Conference in *Aventis Pharmaceuticals Inc., Aventis Inc. and Carderm Captial L.P., v. Sun Pharma Global Inc., Sun Pharmaceutical Industries Inc., and Sun

*Pharmaceutical Industries Ltd.*, Civil Action No. 09-5179, and on application of the parties in Civil Action Nos. 09-4638, 09-4639, and 09-5179 for the entry of an Order (i) adding Civil Action Nos. 09-4638, 09-4639, and 09-5179 to the list of cases coordinated for pre-trial purposes with Civil Action No. 02-1322 (including Nos. 02-1322, 03-1179, 03-1180, 03-5108, 03-5829, 04-222, 04-1075, 04-1076, 04-1077, 04-1078, 04-2305, 04-3194, 04-3944, 05-4255, 06-1277, 06-5463, 07-2454, 07-5054, 07-5180, 08-254, and 09-325), and (ii) applying the Stipulated Protective Order filed on September 8, 2003; paragraphs 1(a), 1(b), and 4 of the First Amended Scheduling Order filed on July 29, 2003, and the Order Amending Stipulated Protective Order filed on March 5, 2004, to Civil Action Nos. 09-4638, 09-4639, and 09-5179; and it appearing to the Court that all parties, through counsel, have consented to the form and entry of this Order, and the Court having considered this matter pursuant to Fed. R. Civ. P. 16; and good cause having been shown;

IT IS, on this 28 day of Jan, 2010,

·**ORDERED** that Civil Action Nos. 09-4638, 09-4639, and 09-5179 shall be added to the list of cases coordinated for pretrial purposes with Civil Action No. 02-1322, except as to fact and expert discovery deadlines, which the Court will set by separate Order for Civil Action Nos. 06-5463, 07-5054, 07-5180, 08-254, 09-325, 09-4638, 09-4639 and 09-5179; and

**ORDERED** that the Stipulated Protective Order filed on September 8, 2003, paragraphs 1(a) and (b) of the First Amended Scheduling Order filed on July 29, 2003, and the Order Amending Stipulated Protective Order filed on March 5, 2004, shall apply to Civil Action Nos. 09-4638, 09-4639, and 09-5179.

We hereby consent to the entry of the within Order:

| | |
|---|---|
| **CONNELL FOLEY LLP** | **PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN PC** |
| _____ | _____ |
| Liza M. Walsh | Gregory D. Miller |
| *Attorneys for Plaintiffs Aventis Pharmaceuticals Inc., Carderm Capital, L.P., Merrell Pharmaceuticals, Inc., Aventis Inc., and sanofi-aventis S.A.* | *Attorneys for Defendants Sun Pharmaceuticals Industries Ltd., Sun Pharmaceuticals Industries Inc., and Sun Pharma Global Inc.* |
| Dated: January ____, 2010 | Dated: January ____, 2010 |
| **DECOTIIS, FITZPATRICK, COLE & WISLER LLP** | **TRESSLER LLP** |
| _____ | _____ |
| Gregory J. Bevelock | Robert J. Fettweis |
| *Attorneys for Plaintiff Albany Molecular Research, Inc.* | *Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| Dated: January ____, 2010 | Dated: January ____, 2010 |

STERNS & WEINROTH, PC

*/s/*
_____
Karen A. Confoy
*Attorneys for Defendant Sandoz Inc.*

Dated: January 26, 2010

**SO ORDERED.**

_____
Hon. Madeline Cox Arleo
United States Magistrate Judge

We hereby consent to the entry of the within Order:

**CONNELL FOLEY LLP**

*(signed)* /CB
Liza M. Walsh
*Attorneys for Plaintiffs Aventis Pharmaceuticals Inc., Carderm Capital, L.P., Merrell Pharmaceuticals, Inc., Aventis Inc., and sanofi-aventis S.A.*

Dated: January 27, 2010

**DECOTIIS, FITZPATRICK, COLE & WISLER LLP**

*(signed)* /CB
Gregory J. Bevelock
*Attorneys for Plaintiff Albany Molecular Research, Inc.*

Dated: January 27, 2010

**PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN PC**

*(signed)*
Gregory D. Miller
*Attorneys for Defendants Sun Pharmaceuticals Industries Ltd., Sun Pharmaceuticals Industries Inc., and Sun Pharma Global Inc.*

Dated: January 25, 2010

**TRESSLER LLP**

*(signed)* /CB
Robert J. Fettweis
*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Dated: January 27, 2010

**STERNS & WEINROTH, PC**

_____
Karen A. Confoy
*Attorneys for Defendant Sandoz Inc.*

Dated: January ____, 2010

**SO ORDERED.**

_____
Hon. Madeline Cox Arleo
United States Magistrate Judge